[No. 13486–1–II.   Division Two.   July 15, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. JAMES
MATTHEW HOGAN, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 89–1–00771–1, John N. Skimas, J., entered
December 4, 1989. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Petrich, A.C.J., and Morgan,
J.

[No. 10501–6–III.   Division Three.   July 16, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILIP
VERNON McGOVERN, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 89–1–00499–3, Harold D. Clarke, J.,
entered January 5, 1990. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Shields, A.C.J., and
Thompson, J.

[No. 10730–2–III.   Division Three.   July 16, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DEMETRIO
ALVAREZ OLIVAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 90–1–00017–9, Jerry M. Moberg, J., entered
March 23, 1990. *Reversed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and Shields, J.